## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Honorable David Sam

COURT REPORTER: None
COURTROOM DEPUTY: None
INTERPRETER: N/A

DATE: April 9, 2018

CASE NO.   2:17cv00857 DS

Burningham v. Michaels Stores

Approved By: _AS 4/9/18_

### APPEARANCE OF COUNSEL

Pla       James K. Ord

Dft       Matthew L. Anderson

MATTER SET: Scheduling   Conf.

DOCKET ENTRY: Telephone status conference.   Counsel agree that the case has settled.   Within 21 days, Plaintiff's counsel will submit a joint stipulation of settlement with accompanying order of dismissal with prejudice for the court to sign.