THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Telephone: (801) 997-0442
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham, <br><br>    Plaintiff, <br><br> v. <br><br> Michaels Stores <br> *d.b.a.* Michaels Stores #1091, <br><br>    Defendant. | Case No.: 2:17-cv-00857-DS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Assigned to Honorable David Sam |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Samuel Burningham and Defendant, Michaels Stores, hereby stipulate that the above-entitled Action be dismissed with prejudice, with each side to bear its own fees' and costs.

**RESPECTFULLY** submitted on this 26th day of April 2018.


*/s/ James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Telephone: (801) 997-0442
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

*/s/ Matthew L. Anderson* (with permission)
Matthew L. Anderson
FABIAN VANCOTT
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323
(801)531-8900
Email: manderson@fabianvancott.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of April 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Matthew L. Anderson
FABIAN VANCOTT
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323
(801)531-8900
Email: manderson@fabianvancott.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action*)