FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
APR 30 2018
D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMUEL BURNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELS STORES<br>d.b.a. MICHAELS STORE #1091,<br><br>Defendant. | Case No. 2:17-cv-00857-DS<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to Honorable David Sam |

This Matter, having come before the Court on the Parties Stipulation for Dismissal With Prejudice, and good cause appearing therefrom,

**IT IS HEREBY ORDERED;** this Matter is hereby **DISMISSED** with prejudice, with each party to bear its own attorney's fees' and costs.

SO ORDERED this 30th day of April, 2018.

BY THE COURT:

_David Sam_
HONORABLE DAVID SAM
United States District Court Judge